**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MATTHEW W. COVIELLO, NATHAN BYRNE and VICTORIA HALSTED, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>BHS MANAGEMENT SERVICES, INC., THE BOARD OF DIRECTORS OF BHS MANAGEMENT SERVICES, INC. and JOHN DOES 1-20.<br><br>                Defendants. | **CIVIL ACTION NO.:**<br>**3:20-cv-30198-MGM** |

**JOINT STATUS REPORT**

Pursuant to the Court's Order entered on January 16, 2024 (ECF No. 116), Plaintiffs Matthew Coviello, Nathan Byrne, and Victoria Halsted ("Plaintiffs") and Defendants BHS Management Services, Inc., and the Board of Directors of BHS Management Services, Inc. ("Defendants") (collectively, "the Parties") submit this Joint Status Report to provide an update on the Parties' April 20, 2024 mediation.

At the mediation the Parties reached an agreement in principle to resolve this litigation on a class-wide basis. The Parties are currently working to memorialize their agreement and prepare the appropriate papers to submit to the Court for preliminary approval under Rule 23 of the Federal Rules of Civil Procedure. The Parties propose that Plaintiffs file a Motion for Preliminary Approval of the settlement and all necessary and appropriate supporting papers on or before June 24, 2024.

In light of this update, the Parties respectfully request that all other deadlines in this action remained stayed pending the Court's review of the settlement under Rule 23 of the Federal Rules of Civil Procedure.

Dated: April 23, 2024

    Respectfully submitted,

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh, Esquire (admitted *pro hac vice*)
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
Email: markg@capozziadler.com
Telephone: (610) 890-0200
Facsimile: (717) 233-4103

Donald R. Reavey, Esquire (admitted *pro hac vice*)
**CAPOZZI ADLER, P.C.**
2933 North Front Street
Harrisburg, PA 17110
Email: donr@capozziadler.com
Telephone: (717) 233-4101
Facsimile: (717) 233-4103

Jeffrey Hellman
BBO # 549896
**Law Offices of Jeffrey Hellman, LLC**
195 Church Street, 10th Floor
New Haven, CT  06510
Tel.: 203-691-8762
Fax: (203) 823-4401
Emailed: jeff@jeffhallmanlaw.com

*Local Counsel for Plaintiffs*

/s/ *Douglas J. Hoffman*
Douglas J. Hoffman, Esquire
**JACKSON LEWIS P.C.**
75 Park Plaza, 4th Floor
Boston, MA 02116
Telephone: (617) 367-0025
Facsimile: (617) 367-2155
Email: Douglas.Hoffman@jacksonlewis.com

Howard Shapiro, Esquire (admitted *pro hac vice*)
Stacey C.S. Cerrone, Esquire (admitted *pro hac vice*)
Lindsey H. Chopin, Esquire (admitted *pro hac vice*)
Adam R. Carlisle, Esquire (admitted *pro hac vice*)
**JACKSON LEWIS**
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
Email: Howard.Shapiro@jacksonlewis.com
          Stacey.Cerrone@jacksonlewis.com
          Lindsey.Chopin@jacksonlewis.com
          Adam.Carlisle@jacksonlewis.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: /s/ *Douglas J. Hoffman*
Douglas J. Hoffman, Esq.